NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINA ANAMARIA ALEXANDER, )
)
Appellant, )
)
v. ) Case No. 2D18-459
)
PATRICIA D. ALEXANDER and )
SANDRA J. SCOTT-MOONEY, )
)
Appellees. )
_____ )

Opinion filed March 27, 2019.

Appeal from the Circuit Court for Pinellas
County; Linda R. Allan, Judge.

Christina Anamaria Alexander, pro se.

Richard L. Pearse, Jr., of Richard L.
Pearse, Jr., P.A., Clearwater, for
Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.